UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL RAMIREZ, | : | MISC. CASE NO. |
| Petitioner, | : | 3:12-MC-2 (JCH) |
| v. | : | |
| XPAYS, INC., | : | JANUARY 10, 2012 |
| Respondent. | : | |

## ORDER TO SHOW CAUSE

Upon the Petition and the exhibits attached thereto (Doc. No. 1), it is hereby **ORDERED** that Xpays, Inc. show cause why Motion to Quash the subpoena should not be granted, by written submission to this court on or before January 31, 2012.

It is further **ORDERED** that Ramirez serve a copy of this order, together with the Petition and exhibits attached thereto, in accordance with Federal Rule of Civil Procedure 4(c), upon Xpays, Inc. on or before January 17, 2012.

It is further **ORDERED** that within five days of service of copies of this Order, the respondent shall file an appearance in this matter.

**SO ORDERED**.

Dated at Bridgeport, Connecticut, this 10th day of January, 2012.

    /s/ Janet C. Hall
Janet C. Hall
United States District Judge